38675. The State of Ohio, ex rel., Jones, appellee v. Ward, Dir., Department of State Personnel et al., appellants. Appeal from the Court of Appeals for Franklin County. Gibson, Judge.

One who has been illegally deprived of civil-service rights does not waive such rights by accepting inconsistent employment during the pendency of litigation respecting those rights. Such a person is entitled to seek, and indeed has a duty to seek, employment to mitigate the loss of income pending a determination of such rights.

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias and Griffith, JJ., concur.

Herbert, J., dissents.

O'Neill, J., not participating.

## MERIT DOCKET

Announced Wednesday, December 2.

38545. The State, ex rel. Sibarco Corp. et al, appellees v. Hal D. Hicks, Bldg. Inspector, et al., appellants. Mahoning County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38675. The State, ex rel. Alice F. Jones, appellee v. Wayne Ward, Dir., Dept. of State Personnel, et al., appellants. Franklin County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, Griffith and Gibson, JJ., concur. Herbert, J., dissents. O'Neill, J., not participating.

38801. Curtis Madison v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmer-

man, Matthias, Griffith and Herbert, JJ., concur. O'Neill and Gibson, JJ., dissent.

39089. In re Appropriation for Highway Purposes: The State of Ohio, appellant v. Roger Realty Co. et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39137. George Freeman v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

62. Columbus Bar Assn. v. Carlton S. Dargusch. On Certified Report by the Board of Commissioners on Grievances and Discipline. Respondent suspended from practice of law for an indefinite period. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.